*Formatted for Electronic Distribution* *Not for Publication*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
July 1, 2013

_____

**In re:**

    **Christopher and Ellen Knudsen,**                     Chapter 13
                 **Debtors.**                                   Case # 08-10726
_____

**Christopher and Ellen Knudsen,**
                 **Plaintiffs,**                     Adversary Proceeding
        vs.                                                   # 13-1005
**Mortgage Electronic Registration Systems,**
**Inc., Bank of America, N.A., Litton Loan**
**Servicing, L.P., U.S. Bank, N.A. as Trustee,**
**and Ocwen Loan Servicing, L.P.,**
                 **Defendants.**
_____

*Appearances:*     *Richard Volpe, Esq.*                *Rebecca A. Rice, Esq.*
                          *Shectman Halperin Savage, L.L.P.*    *Cohen & Rice*
                          *Pawtucket, RI*                         *Rutland, VT*
                          *For Defendants*                      *For Plaintiffs*

**ORDER**
**GRANTING IN PART, AND DENYING IN PART, DEFENDANTS' MOTION TO DISMISS**

       For the reasons set forth in the memorandum of decision of even date, THE COURT FINDS that (1) the Plaintiffs have adequately pled their first claim challenging the claimant's right to file a proof of claim, (2) MERS is an appropriate defendant, and (3) the Plaintiffs have failed to sufficiently plead their claim concerning the accuracy of the amounts owed on the debt which is the subject of this proceeding.

       Accordingly, IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss (doc. # 8) is granted with respect to Count Two of the Complaint (contesting the accuracy of the amounts owed), and denied with respect to Count One of the Complaint (challenging the Defendants' right to file a proof of claim) and the propriety of including MERS as a party Defendant.

1

   IT IS FURTHER ORDERED that the Plaintiffs' objections to the motion to dismiss (doc. # 9) are overruled as to their claim relating to the accuracy of the amounts owed on the loan.

   SO ORDERED.

                       */s/ Colleen A. Brown*
                       _____

July 1, 2013               Colleen A. Brown
Burlington, Vermont           United States Bankruptcy Judge